## DANYELLE JEFFERY *v.* BLUE RIBBON LEASING, INC., ET AL.
### (AC 23509)

Lavery, C. J., and Foti and McLachlan, Js.

Submitted on briefs June 11—officially released July 8, 2003

Per Curiam. The judgment is affirmed.

## MARIO VARGAS *v.* COMMISSIONER OF CORRECTION
### (AC 23519)

Schaller, Dranginis and Bishop, Js.

Submitted on briefs June 11—officially released July 8, 2003

Per Curiam. The judgment is affirmed.

## LARRY PELLETIER *v.* DAVID ROMAINE ET AL.
### (AC 23520)

Schaller, Dranginis and Bishop, Js.

Submitted on briefs June 11—officially released July 8, 2003

Per Curiam. The judgment is affirmed.